**Order entered July 26, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00382-CV**

**SHYLA RYAN, Appellant**

**V.**

**VVSN HOLDING, LLC, IND. AND**
**D/B/A THUNDERBIRD APARTMENTS, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13256**

**ORDER**

By letter dated July 16, 2021, counsel for appellant informed the Court that appellant did not request the reporter's record. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief on the merits is due **within thirty days** of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE